AO91 (Rev. 10/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

United States District Court
Southern District of Texas
FILED

NOV 18 2003

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA
V.

ARTURO VELAZQUEZ-CELON

**CRIMINAL COMPLAINT**

Case Number: H-03-1117M

(Name and Address of Defendant)

I, the undersigned complainant, state that the following is true and correct to the best of my knowledge and belief. On or about __May 17, 2003__ in __Harris__ County, in
(Date)
the Southern District of Texas defendant(s) did,

*(Track Statutory Language of Offense)*
knowingly move and travel in interstate and foreign commerce with the intent to avoid prosecution under the laws of the State of Texas for the crime of murder, which is a felony under the laws of the State of Texas,

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent of the F.B.I.__ and that this complaint is based on the
Official Title
facts related in the affidavit attached hereto and made a part of this complaint.

Signature of Complainant

John L. Webb, Jr.
Printed Name of Complainant

Sworn to before me and signed in my presence,

November 18, 2003                                    at    Houston, Texas
Date                                                        City and State

Hon. Calvin Botley, United States Magistrate Judge
Name and Title of Judicial Officer                          Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINANT**

**ARTURO VELAZQUEZ-CELON**

I, JOHN L. WEBB JR., being duly sworn, depose and state as follows:

(01) I am a Special Agent with the Federal Bureau of Investigation, and presently assigned to the Houston Field Division's violent crime squad.  I am experienced in conducting criminal investigations and executing arrest and search warrants due to my ten years of law enforcement experience with the Federal Bureau of Investigation and the Delaware State Police.

(02) On or about May 17, 2003 ZOILA SALCEDO, was seen by her mother MARTHA SALCEDO, driving ARTURO VELAZQUEZ-CELON, to an eye doctor appointment.

(03) On or about May 17, 2003 at approximately 12:00 p.m. ZOILA SALCEDO contacted her brother CESAR SALCEDO by telephone.  She stated that she was with ARTURO VELAZQUEZ-CELON at a doctor's office.

(04) Both MARTHA SALCEDO and CESAR SALCEDO have not seen or heard from ZOILA SALCEDO since May 17, 2003.

(05) On May 21, 2003, ZOILA SALCEDO's Green 1996 Ford Explorer was found parked in the parking lot in front of 7200 Pinemont, Apartment number  2014, Houston, Texas.  This is the apartment rented by ARTURO VELAZQUEZ-CELON.

(06) On June 6, 2003, Houston Police Department (HPD) police officer's entered the apartment of ARTURO VELAZQUEZ-CELON.  The apartment had been abandoned.  The police officers gathered evidence from this location.  The evidence gathered consisted of blood spots and drops located in the bathroom.  The blood was recovered from the tub, walls, and molding of the bathroom door.  This blood evidence was sent to a private accredited laboratory, where DNA analysis was performed.  This was compared to known DNA samples taken from ZOILA SALCEDO's toothbrush and oral swabs taken from her family members.  The blood found in the bathroom was a positive match for ZOILA SALCEDO's DNA.

(07) HPD contacted REYNALDO URIBE, a friend of ARTURO VELAZQUEZ-CELON.  URIBE stated that on May 17, 2003, ARTURO VELAZQUEZ-CELON asked him to pick him up at his apartment at 7200 Pinemont and give him a ride to the Adams Bus Station on Telephone Road and Wayside in Houston, Texas.  URIBE picked up ARTURO VELAZQUEZ-CELON at his apartment.  He was carrying three gym bags and he

**Page 02**

was very nervous. URIBE drove ARTURO VELAZQUEZ-CELON to the bus station. ARTURO VELAZQUEZ-CELON was carrying a cellular telephone. The telephone was ringing. ARTURO VELAZQUEZ-CELON told URIBE that the telephone belonged to his girlfriend and that her family was calling. ARTURO VELAZQUEZ-CELON removed the battery from the telephone and handed the telephone to URIBE. He told URIBE that he may keep the telephone. URIBE asked ARTURO VELAZQUEZ-CELON where his girlfriend was. He told URIBE that she had already boarded a bus to Mexico. ARTURO VELAZQUEZ-CELON then boarded a bus to San Luis, Mexico and left.

(08) ARTURO VELAZQUEZ-CELON was charged with murder in the 339 District Court of Harris County, Texas on 10/22/2003.

(09) On 11/04/2003 the Harris County District Attorney's Office requested that the FBI assist them by filing an Unlawful Flight to Avoid Prosecution charge on ARTURO VELAZQUEZ-CELON. They agreed to extradite VELAZQUEZ-CELON from anywhere within the United States or Mexico.

(10) ARTURO VELAZQUEZ-CELON is described as a white Hispanic male, date of birth: 05/30/1960, 5'05", 170 lbs., black hair, and brown eyes.

(11) Based on the above information, I believe there is probable cause to believe that on or about May 17, 2003, ARTURO VELAZQUEZ-CELON did knowingly and intentionally travel in interstate or foreign commerce, namely from Texas, to avoid prosecution by the State of Texas for the crime of murder, a felony, in violation of Title 18, United States Code, Section 1073.

JOHN L. WEBB JR., Special Agent
Federal Bureau of Investigation

Sworn to and subscribed in my presence, and I find probable cause this 17th day of November 2003.

CALVIN BOTLEY
United States Magistrate Judge